UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Skye H. Vehr,**

    **Plaintiff,**

v.

    Case No. 2:13-cv-572

**Daina K. Higgens,** *et al.*,

    Judge Michael H. Watson
    Magistrate Judge Abel

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the June 20, 2013 Report and Recommendation of the United States Magistrate Judge to whom this case was assigned for initial screening under 28 U.S.C. § 1915(e)(2). ECF No. 5. The Magistrate Judge recommended that the Court dismiss the complaint because it fails to contain a short and plain statement of the claims pleaded against each defendant.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 3, ECF No. 3. The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

Plaintiff did file two documents titled "Amended Complaint" and "Motion for Order to Pay Fees and Costs" four days following the Report and Recommendation but these

documents cannot be construed as objections. ECF No. 7, 8. The documents contain pieces of sentences which allude to stories and list Plaintiff's maladies but do not contain specific objections to the Report and Recommendation or state a claim.

Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, ECF No. 5, and **DISMISSES** Plaintiff's complaint.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**